IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> INVESTPIC, LLC, <br><br> Defendant. | Case No. 3:16-cv-02689-K |

SAP AMERICA, INC.'S RESPONSE TO INVESTPIC, LLC'S
NOTICE OF SUPPLEMENTAL AUTHORITY

Despite InvestPic's attempts to characterize the Federal Circuit's *Thales Visionix* opinion in its favor (*see* Dkt. No. 76), that opinion further supports SAP America's position that the claims at issue in this case are patent ineligible.  In *Thales Visionix*, the Federal Circuit highlighted that patent's focus on "a particular configuration of [two] inertial sensors" in a nonconventional manner.  *Thales Visionix Inc. v. U.S.*, 850 F.3d 1343, 1348-49 (Fed. Cir. 2017) ("These claims are not merely directed to the abstract idea of using 'mathematical equations' . . . [r]ather, the claims are directed to systems and methods that use inertial sensors in a nonconventional manner . . ."). The claims at issue in this case have no such redeeming quality, but are instead directed to the use of a mathematical formula itself—or algorithm as InvestPic argues (Response at 22-23).  Here, the claims merely recite the steps of using the mathematical formula or algorithm: (1) selecting data ("selecting a sample space"); (2) performing math on that data ("generating a distribution function"); and (3) plotting the result ("generating a plot").

Dated: April 12, 2017 Respectfully submitted,

By: */s/ Michael A. Bittner*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
M. Brett Johnson
Texas State Bar No. 00790975
mbjohnson@winston.com
Michael A. Bittner
Texas Bar No. 24064905
mbittner@winston.com
WINSTON & STRAWN
2501 N. Harwood Street, 17th Floor
Dallas, Texas  75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Counsel for Plaintiff SAP America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 12, 2017, per Local Rule CV-5.1.

*/s/Michael A. Bittner*
Michael A. Bittner